# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STEPHAN L. MARSHALL**  **PLAINTIFF**
Reg #10232-510

v.                    Case No. 2:24-cv-00091-KGB

**CHAD GARRETT,**
**Warden, Forrest City Correctional Complex**                    **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 11).  Plaintiff Stephan L. Marshall has not filed any objections to the Recommendation, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).  Accordingly, Mr. Marshall's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1).  The pending motions are denied as moot (Dkt. Nos. 12; 13; 14).  Mr. Marshall paid the filing fee, so his filings regarding proceeding *in forma pauperis* are unnecessary (Dkt. Nos. 4; 12; 13).  Further, because the Court is dismissing without prejudice his petition, the appointment of counsel by this Court is unnecessary.

It is so ordered this 21st day of August, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge